# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| This Document relates to:<br><br>    CONSOLIDATED ACTION<br>——————————————————<br>ALBERT M. BELTRANO,<br><br>           Plaintiff,<br><br>  v.<br><br>SIMM ASSOCIATES, INC.,<br><br>           Defendant. | Consolidated Case No. 3:17-CV-00512-JAM |

## DEFENDANT SIMM ASSOCIATES, INC.'S
## NOTICE OF MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, Defendant Simm Association, Inc. ("SIMM"), by and through its undersigned counsel, respectfully moves this Court for an Order granting summary judgment in its favor as to every count alleged against it and dismissing Plaintiff Albert Beltrano's ("Plaintiff") claims. This Motion is based upon this Notice of Motion, Defendant's Local Rule 56(a)(1) Statement of Facts and the declaration of Jeffrey Simendinger and the exhibits annexed thereto, Defendant's Memorandum of Law in Support of its Motion, and the Proposed Order.

Respectfully submitted,

Defendant,
SIMM ASSOCIATES

By:    /s/*Graeme Hogan*
       GRAEME HOGAN
       Fineman Krekstein & Harris, PC
       Ten Penn Center
       1801 Market Street, Suite 1100
       Philadelphia, PA 19103

ghogan@finemanlawfirm.com

By: /s/ct28504 _____
TIMOTHY P. MOYLAN
Diserio Martin O'Connor & Castiglioni LLP
One Atlantic Street, 8th Floor
Stamford, CT 06901
tmoylan@dmoc.com

*Attorneys for Defendant*

Dated: December 10, 2018