**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Albert M. Beltrano,<br>    Plaintiff, | :<br>:<br>: |
| Albert M. Beltrano,<br>    Consolidated Plaintiff,<br><br>v.<br><br>Simm Associates Inc.,<br>    Defendant.<br><br>Simm Associates Inc.,<br>    Consolidated Defendant. | :<br>:<br>:       Civil Action No:<br>:           Lead Case 3:17-cv-00512 (JAM)<br>:           Member Case 3:18cv533 (JAM)<br>:<br>:<br>:<br>:<br>: |

## **JUDGMENT**

This matter came on before the Honorable Jeffrey Alker Meyer, United States District Judge, as a result of Simm Associates Inc.'s Motion for Summary Judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on January 31, 2019, entered an Order, granting the motion for summary judgment (Doc. #42.) Therefore, it is hereby;

ORDERED, ADJUDGED and DECREED that summary judgment is granted in favor of the defendant Simm Associates Inc. against plaintiff Albert M. Beltrano and the case is closed.

Dated at New Haven, Connecticut, this 31st day of January, 2019.

ROBIN D. TABORA, Clerk

By /s/ Yelena Gutierrez
Deputy Clerk

EOD:  January 31, 2019